UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CASE NO. 8:97-cr-273-T-23TBM

JAMES MICHAEL TERRY
_____/

### ORDER

Terry appeals from the order (Doc. 263) denying his motion (Doc. 261) to "correct the mistakes and clerical errors in his P.S.I." and moves (Doc. 267) for leave to appeal *in forma pauperis*. For the reasons explained in the magistrate judge's report and recommendation (Doc. 268), the appeal is frivolous and not taken in good faith. The report and recommendation is **ADOPTED**, and the motion for leave to appeal *in forma pauperis* is **DENIED**. The motion (Doc. 266) to extend the time within which to file a motion to appeal *in forma pauperis* is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on February 2, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE